

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-12-00434-CV

_____

**MICHAEL A. PEREZ AND ELIZABETH A. PEREZ,**

                                                   **Appellants**

 v.

**BOBBY FELDER D/B/A F&W ELECTRIC,**

                                                   **Appellee**

_____

### From the 361st District Court
### Brazos County, Texas
### Trial Court No. 12-001846-CV-361

_____

# O R D E R

_____

Within fourteen days of the date of this order, Appellee's attorney Christopher W. Peterson shall contact Judge Rick Morris (ph. 254-718-3388), the appointed Mediator in this case, and confirm a date and time for the mediation to occur in this case.

If, within fourteen days of the date of this order, Mr. Peterson fails to contact Judge Morris and to confirm a date and time for the mediation to occur in this case, the Court will issue a show cause order for Mr. Peterson's failure to comply with this Order and with this Court's Order of Referral to Mediation, dated September 26, 2013.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Order issued and filed January 30, 2014
Do not publish